UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.: 2:19-CR-1 |
| | ) | |
| RICHARD LEE DAVIS | ) | |

### U.S.S.G. § 3E1.1(b) MOTION

Comes the United States of America and pursuant to U.S.S.G. § 3E1.1(b) states that the defendant has assisted authorities by timely notifying the United States of his intention to enter a guilty plea thereby permitting the United States to avoid preparing for trial and permitting the United States and the Court to allocate their resources efficiently.

                                                            Respectfully submitted,

                                                             J. DOUGLAS OVERBEY
                                                             United States Attorney

By:    s/ *Robert M. Reeves*
           ROBERT M. REEVES
           Assistant U.S. Attorney
           BPR:  011110
           220 West Depot Street, Ste. 423
           Greeneville, TN  37743
           robert.reeves@usdoj.gov
           423/639-6759