# U.S. PROBATION OFFICE

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

### PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION

**Name of Offender:** Richard Lee Davis             **Docket Number:** 2:19-CR-00001

**Name of Sentencing Judicial Officer:** The Honorable Leon Jordan
United States District Judge

**Date of Original Sentence:** October 22, 2019

**Original Offense:** Conspiracy to Distribute Heroin

**Class:** C Felony                    **Criminal History Category:** III

**Original Sentence:** Time served imprisonment, followed by three (3) years supervised release

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** October 22, 2019

**Date Supervision Expires:** October 21, 2022

**Assistant U.S. Attorney:** Robert M. Reeves

**Defense Attorney:** D. R. Smith

**Revocation Guideline Range:** 5 to 11 months         **Statutory Maximum:** 24 months

*********************************************

## PETITIONING THE COURT

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition:** You must not commit another federal, state, or local crime. |

On December 19, 2019 at 4:52 p.m., Officer T. Laughlin with the Bristol, Tennessee City Police Department, responded to a Simple Assault at 29 ½ 6th Street in Bristol, Tennessee. At approximately 5:00 p.m. on this same

date, four more officers were dispatched to this residence in reference to a fight in progress. Upon arrival, Officer made contact with the victim, Erin Hill, and a friend of hers named Josh. Officers attempted to make contact with Erin's boyfriend, Richard Davis, in apartment number 6 on the third floor. Officers made loud announcements at the door, advising this offender that the police department needed to speak with him. He would not come to the door. Ms. Hill provided officers a key to the apartment. Before entering, officers again identified themselves and attempted to get Mr. Davis to come out. He would not come to the door, and officers could hear him talking on the phone. Once inside the residence, officers determined the offender was in the bathroom. Mr. Davis was instructed to come out with his hands up, in which the offender complied. Mr. Davis claimed he could not hear the officers, as he was on the phone with his Federal Probation Officer, Pam Higgins.

Mr. Davis told officers that he and Ms. Hill were home, and that Josh was outside acting crazy, so he stood by the front door to not let him enter. Mr. Davis claimed that Josh was banging a stick against the rails in the hallway.

Officer Stout took a statement from Ms. Hill, who reported that she intended to leave Mr. Davis. Herself and Josh were packing up items in the home in an attempt to leave, while Mr. Davis was at work. According to Ms. Hill, Mr. Davis came home early and confronted Josh in the stairwell. Then, Mr. Davis entered the apartment and closed and locked the door. Ms. Hill reports that Mr. Davis then began questioning why she was leaving him. She reports he stood in front of the door and would not let her leave. Ms. Hill advised that Mr. Davis held her there for about 20 minutes. She reports that Josh came back upstairs, and he and Rick kept yelling back and forth at each other. Ms. Hill stated that she asked Rick to let her leave, and he would not move from in front of the door. At one point, Ms. Hill stated that she tried to shove past Mr. Davis to get out of the apartment, and she was unsuccessful, and Mr. Davis shoved her back.

Mr. Davis was arrested and transported to Sullivan County Jail for False Imprisonment and Domestic Violence Law.

**Assessment of Flight/Danger and Bond Recommendation:** Based on the new charges of False Imprisonment and Domestic Violence, Mr. Davis would be considered a danger to Ms. Hill. This officer does not believe Mr. Davis to be a risk of flight. If Mr. Davis were to find residency with another person besides Ms. Hill, this officer would not oppose a bond release in this case. Mr. Davis is on Location Monitoring, and he should be ordered to stay away from Ms. Hill.

**Petitioning the Court to order:**

That a warrant be issued, and the defendant be ordered to appear in Court for a hearing to determine whether the term of supervision should be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 20, 2019.

Respectfully submitted,

_____  12/20/19
M. Ashley Newland                Date
United States Probation Officer

APPROVED:

_____  12/20/19
For Paul R. Harris               Date
Supervising United States Probation Officer

MAN:sw

---

**ORDER OF COURT:**

A warrant is to be issued, and the defendant is ordered to appear in Court for a hearing to determine whether the term of supervision should be revoked. This petition is to be placed under seal until the defendant is arrested or appears in Court.

So ordered.

**ENTER.**

_____
The Honorable Leon Jordan
United States District Judge