UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.: 2:19-CR-1 |
| | ) | |
| RICHARD LEE DAVIS | ) | |

## MOTION TO DISMISS
## SUPERVISED RELEASE PETITION AND WARRANT

Comes now the United States of America by and through the United States Attorney for the Eastern District of Tennessee, and moves the Court to dismiss supervised release petition and warrant against the above-defendant.

Mr. Davis is currently set for a revocation hearing based on an arrest for Domestic Assault. There was no violence alleged other than blocking a doorway and yelling by all parties. The state has placed the case in a deferred status with an agreement to dismiss in one year if no issues arise. Mr. Davis has otherwise been very compliant with conditions of release and called probation while this incident was occurring.

After consulting U.S. Probation, the United States moves to dismiss this action against Davis. He seems to be trying to turn his live around and if there are any issues, U.S. Probation will request another warrant.

Respectfully submitted,

J. DOUGLAS OVERBEY
United States Attorney

By: *s/ Robert M. Reeves*

ROBERT M. REEVES
BPR: 011110
Assistant U.S. Attorney
220 West Depot Street, Ste. 423
Greeneville, TN 37743
robert.reeves@usdoj.gov
423/639-6759