UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:19-CR-001 |
| | ) | |
| RICHARD LEE DAVIS | ) | |

## **O R D E R**

Now before the Court is the United States' "Motion to Dismiss Supervised Release Petition and Warrant." [Doc. 72]. According to the government, the motion was filed after consultation with the United States Probation Office.

For the reasons provided therein, the motion [doc. 72] is **GRANTED**. The pending petition and warrant for revocation of supervised release [doc. 64] are **DISMISSED**. The revocation hearing set for February 25, 2020, in Greeneville is **CANCELED**.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge